

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00986-CV

**Wolfgang Hirczy**

**v.**

**Citibank, N.A.**

NO. 1001936 IN THE CO CIVIL CT AT LAW NO 2 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $15.00 | 09/10/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 04/15/2014 | E-PAID | APE |
| SUPP CLK RECORD | $118.00 | 03/04/2014 | PAID | APE |
| MT FEE | $10.00 | 02/21/2014 | E-PAID | APE |
| MT FEE | $10.00 | 02/06/2014 | E-PAID | APE |
| MT FEE | $10.00 | 02/06/2014 | NOT PAID | APE |
| MT FEE | $10.00 | 01/13/2014 | E-PAID | APE |
| CLK RECORD | $52.00 | 11/21/2013 | PAID | ANT |
| FILING | $175.00 | 11/18/2013 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 11/18/2013 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $430.00.**

*Court costs in this case have been taxed in this Court's judgment*

    I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN  TESTIMONY  WHEREOF,** witness my

hand and the seal of the Court of Appeals for the First District of Texas, this June 26, 2015.



CHRISTOPHER A. PRINE
CLERK OF THE COURT